# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| LATRICE SALVADOR | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-CV-1531-S-BN |
| | § | |
| CIRCLE K STORES, INC., et al. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that this case is **REMANDED** to the 191st Judicial District Court of Dallas County, Texas.

**SO ORDERED.**

SIGNED July 17, 2025.

_____
**UNITED STATES DISTRICT JUDGE**